

IN THE
TENTH COURT OF APPEALS

No. 10-12-00232-CV

EX PARTE STEVEN SISK

From the 413th District Court
Johnson County, Texas
Trial Court No. D201205399

MEMORANDUM OPINION

Relator, Steven Sisk, presented for filing a Petition for Writ of Habeas Corpus and an Emergency Motion for Temporary Relief requesting that we order relator's release from jail pursuant to the trial court's contempt order. The next day, the trial court ordered relator's release.

By letter dated July 11, 2012, the Clerk of this Court notified the parties to this proceeding that in light of the trial court's order immediately releasing relator from custody, it appeared the issues raised in relator's Petition for Writ of Habeas Corpus were moot. In that same letter, a response was requested from any party, within seven days from the date of the letter, should a party consider the issues in the Petition to not be resolved and made moot by the trial court's order. More than seven days have passed and no response has been received.

Relator's Petition and Emergency Motion are dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Motion dismissed
Opinion delivered and filed August 2, 2012
[OT06]